IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN LIPKIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | NO.   10-1267 |

**O R D E R**

AND NOW, this 3rd day of May, 2010, upon consideration of the fact that Plaintiff filed a voluntary dismissal pursuant to Local Rule 41(a)(1)(I) on April 22, 2010 (*See Docket Entry No. 4)*, it is hereby **ORDERED** that:

The Clerk is directed to mark this action **CLOSED** for statistical purposes.

BY THE COURT:

 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Federal Building
900 Market Street, Suite 211
Philadelphia, PA   19107

**Chambers of**
**M. FAITH ANGELL**                              P:   (215) 597-6079
 United States Magistrate Judge                  F:   (215) 580-2165


*FAX / MAIL COVER SHEET*

**CASE NO.**   10-1267                    **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**: May 3, 2010             **LAW CLERK'S INITIALS**: JJK


**VIA FAX:**

**NAME**                                  **FAX NUMBER**

(1)    Bruce K. Warren, Esq.              215-745-7880